## Commonwealth *v.* French, Appellant.

Submitted March 17, 1969. *Earl W. Tabor*, Public Defender, for appellant; *Robert M. Kemp*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Friel, Appellant.

Before RILEY, J.

Submitted March 17, 1969. *William H. Radebaugh, Jr.*, for appellant; *William Butler, IV*, Assistant District Attorney, and *Norman J. Pine*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Gagliardi, Appellant.

Before GUERIN, J.

Submitted March 19, 1969. *John F. X. Fenerty*, and *Bartolomeo, Baratta & Fenerty*, for appellant; *James D. Crawford*, Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.